■ IRIS UHLFELDER, Respondent, v HAROLD UHLFELDER, Appellant. [697 NYS2d 523] —In a matrimonial action in which the parties were divorced by judgment entered October 3, 1996, the defendant former husband appeals from an order, denominated a judgment, of the Supreme Court, Nassau County (Alpert, J.), entered September 17, 1998, which denied his motion to set aside a stipulation of settlement upon his default in appearing at a continuation of a hearing on the motion.

Ordered that the appeal is dismissed, without costs or disbursements.

No appeal lies from an order or judgment entered upon the default of the appealing party (*see, Beck v Beck,* 257 AD2d 641). Bracken, J. P., Joy, Goldstein and Luciano, JJ., concur.